UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21172-CIV-SANCHEZ

DAVID W. LANGLEY and DAVID W. LANGLEY, P.A.,

    Plaintiffs,

v.

ELIZABETH HAZAN a/k/a LIZA HAZAN and SEAN NEIL MEEHAN,

    Defendants.

_____/

### ORDER REQUIRING DEFENDANTS TO FILE EXPEDITED RESPONSE

On March 12, Defendants filed a Notice of Removal. ECF No. 1. That same day, Plaintiffs filed an Expedited Motion to Remand and Request for Sanctions, ECF No. 4, and on March 17, Plaintiffs filed a Supplemental Motion to Remand, ECF No. 7. Given these filings, it is hereby

**ORDERED AND ADJUDGED** that Defendants shall, **by March 21, 2025**, file a single consolidated response to both of Plaintiffs' motions to remand, ECF Nos. 4, 7. The response must comply with the requirements of the Local Rules for the Southern District of Florida.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 17th day of March, 2025.

_____
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record

    Elizabeth Hazan a/k/a Liza Hazan, *pro se*
    6913 Valencia Drive
    Miami, FL 33109
    lizahazan77@gmail.com
    (via email and U.S. Mail)

    Sean Neil Meehan, *pro se*
    6913 Valencia Drive
    Miami, FL 33109
    seannmeehan@gmail.com
    (via email and U.S. Mail)