UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 25-cv-21172-EIS

DAVID W. LANGLEY
And DAVID W. LANGLEY, P.A.,

Plaintiffs,

v.

ELIZABETH HAZAN a/k/a LIZA HAZAN
And SEAN MEEHAN,

Defendants.

_____/

## RESPONSE IN OPPOSITION TO ELIZABETH HAZAN AND SEAN MEEHAN'S MOTION FOR EXTENSION OF TIME

Plaintiffs, David W. Langley and David W. Langley, P.A., respond to Elizabeth Hazan and Sean Meehan's Motion for Extension of Time, and state as follows:

1. Defendants' Motion requests more time to respond to the Motion to Remand and Supplemental Motion to Remand, but Defendants do not state what they will do or what they believe they can accomplish if given more time.

2. This is Ms. Hazan's third filing of a frivolous Notice of Removal, the second in this case. She is aware, from the previous cases, of the requirements to remove a case to Federal Court, requirements which the Defendants have not met.

3. The State Court case has been pending since October 20, 2022. This second Notice of Removal was filed the day before trial. The Defendants are now trying to delay remand until the State Court's trial docket has ended.

4. Despite Ms. Hazan's efforts to interject new issues into this case, the pending suit is for:

>Count I – Mortgage Foreclosure;
>
>Count II – Suit on Note;
>
>Count III – Attorney's Charging Lien;
>
>Count IV – Attorney's Charging Lien;
>
>Count V – Quantum Meruit.

5. There are no pending counterclaims. There are no pending motions by Defendants before the State Court other than a second motion seeking to quash a deposition subpoena. There was no basis for removal and Defendants' Motion provides no justification for an extension of time.

6. The removal by Defendants to this Court was a ploy to delay the trial of the case below and the Motion for Extension of Time is yet another attempt at delay.

WHEREFORE, the Plaintiffs respectfully request the Court Deny Defendants' Motion for Extension of Time.

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

DAVID W. LANGLEY, P.A.
Attorneys for Plaintiffs
8551 W. Sunrise Blvd.
Suite 303
Plantation, FL 33322

Email: dave@flalawyer.com

__/s/ *David W. Langley*_____
DAVID W. LANGLEY
Florida Bar No. 248379

## SERVICE LIST

Sean Meehan seannmeehan@gmail.com
Liza Hazan lizahazan77@gmail.com