UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21172-CIV-SANCHEZ

DAVID W. LANGLEY and DAVID W.
LANGLEY, P.A.,

    Plaintiffs,

v.

ELIZABETH HAZAN a/k/a LIZA HAZAN and
SEAN NEIL MEEHAN,

    Defendants.
_____/

### ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME

This matter is before the Court on Elizabeth Hazan and Sean Meehan's ("Defendants") Motion for Extension of Time. ECF No. 9. The Court ordered Defendants to respond to Plaintiffs' motions to remand, ECF Nos. 4, 7, by March 21, 2025. ECF No. 8. Defendants now seek a seven-day extension to file their response. ECF No. 9 at 2. Having reviewed the motion and Plaintiffs' response (ECF No. 10), and being otherwise advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Defendants' Motion for Extension of Time, ECF No. 9, is **GRANTED IN PART and DENIED IN PART**. Defendants shall have until **1:00 p.m. on March 28, 2025**, to serve and file a single consolidated response to both of Plaintiffs' motions to remand, ECF Nos. 4, 7. The response must comply with the requirements of the Local Rules for the Southern District of Florida.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 24th day of March, 2025.

_____
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc:  Counsel of Record

Elizabeth Hazan a/k/a Liza Hazan, *pro se*
6913 Valencia Drive
Miami, FL 33109
lizahazan77@gmail.com
(via email and U.S. Mail)

Sean Neil Meehan, *pro se*
6913 Valencia Drive
Miami, FL 33109
seannmeehan@gmail.com
(via email and U.S. Mail)