UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 25-cv-21172-EIS

DAVID W. LANGLEY
And DAVID W. LANGLEY, P.A.,

Plaintiffs,

v.

ELIZABETH HAZAN a/k/a LIZA HAZAN
And SEAN MEEHAN,

Defendants.

_____/

**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO MOTION TO REMAND**

Plaintiffs, David W. Langley and David W. Langley, P.A., reply to Elizabeth Hazan and Sean Meehan's Response to Motion to Remand, and state as follows:

1. All of the allegations against the Plaintiffs raised in Defendants' Response have been raised in the State Court and have been dismissed.

2. The State Court case has been pending since October 20, 2022. At no time since the filing of the foreclosure action have the Defendants sought any relief in the Bankruptcy Court.

3. Defendants' Civil Cover Sheet, ECF 1-2, states that the basis for removal is "Federal Question". The only issue for remand is whether a federal questions exists.[1]

---

[1] The Notice of Removal claims, on page 18 of 21, that complete diversity exists based on Defendant Hazan being a Canadian citizen and Defendant Meehan having been "born and raised in New York", but below the signature lines for each defendant is the address 6913 Valencia Drive, Miami, Florida 33109.

4.     The Defendants have alleged a Federal Question, but fail to demonstrate an actual federal question. Plaintiffs' Complaint is for Mortgage Foreclosure (Count I), Suit on Note (Count II), Attorney's Charging Lien - Hazan (Count III), Attorney's Charging Lien – Meehan (Count IV) and Quantum Meruit (Count V). The Complaint raises no federal questions. No counterclaim is pending.

5.     Under the well-pleaded complaint rule, "federal question jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Campbell v. Hampton Roads Bankshares, Inc.*, 925 F. Supp. 2d 800, 803 (E.D. Va. 2013).

6.     The Notice of Removal is also untimely[2]. The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter. 28 U.S.C.A. § 1446 (West).

7.     This is Ms. Hazan's third filing of a frivolous Notice of Removal, the second in this case. She is aware, from the previous cases, of the requirements to remove a case to Federal Court. This second Notice of Removal in this case is frivolous and should be sanctioned. See *Hajdasz v. Magic Burgers, LLC*, No. 618CV1755ORL22KRS, 2018 WL 7436133, at 3 (M.D. Fla. Dec. 10, 2018) in which sanctions were awarded for filing an untimely Notice of Removal during trial, causing

---

[2] The Notice of Removal is also untimely if based on diversity of citizenship. 28 U.S.C.A. § 1446(c).

expense to the Plaintiff. Here, the Defendants' Notice of Removal was filed the day before the trial was to begin, causing additional expense to the Plaintiffs.

WHEREFORE, the Plaintiffs respectfully request the Court remand this case to the State Court and award sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

DAVID W. LANGLEY, P.A.
Attorneys for Plaintiffs
8551 W. Sunrise Blvd.
Suite 303
Plantation, FL 33322

Email: dave@flalawyer.com

__/s/ *David W. Langley*_____
DAVID W. LANGLEY
Florida Bar No. 248379

**SERVICE LIST**

Sean Meehan seannmeehan@gmail.com
Liza Hazan lizahazan77@gmail.com