UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21172-CIV-SANCHEZ

DAVID W. LANGLEY and DAVID W. LANGLEY, P.A.,

Plaintiffs,

v.

LIZA HAZAN a/k/a ELIZABETH HAZAN, and SEAN NEIL MEEHAN,

Plaintiffs/Appellees.

_____/

LIZA HAZAN a/k/a ELIZABETH HAZAN, and
SEAN NEIL MEEHAN'S NOTICE OF
VOLUNTARY DISMISSAL OF NOTICE OF
APPEAL WITHOUT PREJUDICE

Notice is hereby given that Elizabeth Hazan, a/k/a Liza Hazan, ("Hazan") and Sean Neil Meehan ("Meehan"), *Pro Se* Defendants, ("Defendants"), in the above named case hereby file this Notice of Voluntary Dismissal without prejudice of their Notice of appeal to the United States Court of Appeals for the Eleventh Circuit [Doc. 16] ("Notice of Appeal") filed on April 28, 2025, from the Order on Motions to Remand Appeal [Doc. 14] (the "Order") entered in this action on the 24th day of April, 2025 and recorded on the docket on the 24th day of April 2025.

On May 8, 2025, Defendants Elizabeth Hazan, a/k/a Liza Hazan, ("Hazan") and Sean Neil Meehan ("Meehan"), *Pro Se* Defendants, ("Defendants"), timely filed their Motion for Rehearing [Doc. 22] of the Order on Motions to Remand Appeal [Doc. 14] (the "Order") entered in this action on the 24th day of April, 2025 and recorded on the docket on the 24th day of April 2025. In the event this Court doesn't grant Defendants' Motion for Rehearing, Defendants will file their new

Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit appealing from the Order, Elizabeth Hazan, a/k/a Liza Hazan, and Sean Neil Meehan will appeal from all orders and decisions antecedent and ancillary thereto, including all interlocutory judgments, decrees, rulings, reports, recommendations and opinions that merged into and became part of the Order, that shaped the Order, that are related to the Order, and upon which the Order is based.

On April 28, 2025, Plaintiffs filed their Motion to Dismiss Appeal [Doc 18]. This Notice of Voluntary Dismissal without prejudice of Defendants' Notice of Appeal renders Plaintiffs' Motion to Dismiss Notice of Appeal denied as moot.

May 12, 2025

Respectfully submitted,

Elizabeth Hazan

By: _____
Liza Hazan a/k/a Elizabeth Hazan
6913 Valencia Drive
Miami, FL 33109
*Pro se Defendant*
*Via US Mail*

Sean Neil Meehan

By: _____
Sean Meehan
*Pro se Defendant*
*Via US Mail*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was served via CM/ECF, email or U.S. Mail to the parties on the attached service list as indicated on this 12th day of May of, 2025.

Elizabeth Hazan

By: _____
Liza Hazan a/k/a Elizabeth Hazan
6913 Valencia Drive
Miami, FL 33109
*Pro se Defendant*
*Via US Mail*

Sean Neil Meehan

By: _____
Sean Meehan
*Pro se Defendant*
*Via US Mail*

## SERVICE LIST

**Via CM/ECF/Email**

**DAVID W. LANGLEY and DAVID W. LANGLEY, P.A.,**

David W. Langley on behalf of Plaintiffs **DAVID W. LANGLEY and**

**DAVID W. LANGLEY, P.A.,**

dave@flalawyer.com, emily@flalawyer.com;