**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 25-cv-21172-EIS**

DAVID W. LANGLEY
And DAVID W. LANGLEY, P.A.,

Plaintiffs,

v.

ELIZABETH HAZAN a/k/a LIZA HAZAN
And SEAN MEEHAN,

 Defendants.

_____/

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE**
**TO FILE RESPONSE OUT OF TIME**
**AND**
**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S RENEWED**
**MOTION FOR AWARD OF ATTORNEYS FEES**

Plaintiffs, David W. Langley and David W. Langley, P.A., respond to Defendants' Motion for

Leave to File Response Out of Time and reply to the attached Response to Renewed Motion for

Attorney's Fees (ECF 49), and in support thereof state as follows:

1.      The Defendants continue to prove Plaintiffs' allegations that the Defendants are

only interested in further delay of the underlying State Court foreclosure case.

2.      The Defendants have now filed an additional 29 pages of AI generated documents

that raise no new or appropriate issues or argument.

3.      The Defendants again claim that this second removal of a year-old State Court fore-

closure case is justified, without any new support.  Plaintiffs' Renewed Motion for Attorney's Fees

also documents the four other frivolous removal actions that Hazan has filed, and again requests the Court finally put a stop to the abuse of the legal system by Ms. Hazan, as thoroughly documented in the Renewed Motion.

4.      The underlying State Court foreclosure case has been tied up by this Court and the Eleventh Circuit since February 26, 2024, due to Hazan's frivolous Notices of Removal. Motions and appeals.  Plaintiffs suggest that these frivolous removal actions should have been resolved in days, not years.

5.      Plaintiffs respectfully request the Court finally take action to prevent further abuses of the legal system by Elizabeth Hazan, as more fully requested in the Renewed Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

DAVID W. LANGLEY, P.A.
Attorneys for Plaintiffs
8551 W. Sunrise Blvd.
Suite 303
Plantation, FL 33322

Email: dave@flalawyer.com

   /s/ *David W. Langley*
DAVID W. LANGLEY
Florida Bar No. 248379

**<u>SERVICE LIST</u>**

Sean Meehan seannmeehan@gmail.com
Liza Hazan lizahazan77@gmail.com