**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 04, 2026

FILED BY JG D.C.
Sep 4, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 25-11728-AA
Case Style: David Langley, et al v. Liza Hazan, et al
District Court Docket No: 1:25-cv-21172-EIS

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-11728

---

DAVID W. LANGLEY,
DAVID W. LANGLEY P.A.,

*Plaintiffs-Appellees,*

*versus*

LIZA HAZAN,
a.k.a. Liza Hazan,
SEAN NEIL MEEHAN,

*Defendants-Appellants.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-21172-EIS

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 8, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: September 4, 2026

**NOT FOR PUBLICATION**

In the
# United States Court of Appeals
For the Eleventh Circuit

---

No. 25-11728
Non-Argument Calendar

---

DAVID W. LANGLEY,
DAVID W. LANGLEY P.A.,

*Plaintiffs-Appellees,*

*versus*

LIZA HAZAN,
a.k.a. Liza Hazan,
SEAN NEIL MEEHAN,

*Defendants-Appellants.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:25-cv-21172-EIS

---

Before BRANCH, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

Elizabeth Hazan and Sean Meehan, pro se, removed this action from state court. On April 24, 2025, the district court entered an order: (1) remanding the action both for lack of subject matter jurisdiction and as untimely filed and (2) granting the plaintiffs' motion for attorney's fees, though it left unresolved the amount pending a further motion from the plaintiffs. On October 7, 2025, the court entered an order denying Hazan and Meehan's motion to reconsider the remand. They filed a notice of appeal that challenges both orders.

A jurisdictional question ("JQ") asked the parties to address whether we have jurisdiction to review those orders.

Upon review of the record and the response to the JQ, we conclude that we lack jurisdiction over both the April 24, 2025 remand order and the October 7, 2025 order denying the motion for reconsideration. We lack jurisdiction to review the district court's remand order because the district court based its remand on a lack of subject matter jurisdiction, Hazan and Meehan did not remove the action under 28 U.S.C. §§ 1442 or 1443, and the amount of attorney fees has not yet been determined. *See* 28 U.S.C. § 1447(d) (providing that we lack jurisdiction to review a district court's remand order); *id.* §§ 1442, 1443; *New v. Sports & Recreation,* 114 F.3d 1092, 1095-96 (11th Cir. 1997) (holding that, even when "clearly erroneous," a remand order based on lack of subject matter jurisdiction is unreviewable); *contrast Legg v. Wyeth*, 428 F.3d 1317, 1319-20 (11th Cir. 2005) (explaining that Section § 1447(d) does not bar review of the district court's awarding of attorney's fees and costs,

even if the remand order is otherwise barred), *with Sabal Trail Transmission, LLC v. 3.921 Acres of Land in Lake Cnty. Fla.*, 947 F.3d 1362, 1370-71 (11th Cir. 2020) (holding that an order which finds a party liable for attorney's fees and costs without determining the amount is not a final order). Similarly, we lack jurisdiction to review the district court's order denying reconsideration of the remand order because that order denied reconsideration of the attorney's fee ruling, which is unreviewable until the amount of fees has been determined. *See Sabal*, 947 F.3d at 1370-71.

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction.

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 08, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 25-11728-AA
Case Style: David Langley, et al v. Liza Hazan, et al
District Court Docket No: 1:25-cv-21172-EIS

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing or rehearing en banc is governed by 11th Cir. R. 40-2. Please see FRAP 40 and the accompanying circuit rules for information concerning petitions for rehearing.

Costs
No costs are taxed.

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion